DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VBK SANTOSHI, LLC,

Appellant,

v.

CHICAGO TITLE INSURANCE CO.; JAI
HANUMAN, INC.; and JITENDRA MAKANJI,

Appellees.

No. 2D2025-1450

_____

November 14, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Melissa M. Polo, Judge.

Sherman M. Brod of Law Office of Sherman Brod, P.A., Tampa, for
Appellant.

Michele A. Cavallaro of Fidelity National Law Group, Fort Lauderdale, for
Appellee Chicago Title Insurance Co.

No appearance by remaining Appellees.


PER CURIAM.

    Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.

——————————————————————

Opinion subject to revision prior to official publication.